# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Reymundo Monge Rodriguez,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:21-cv-00153-MR |
| | ) | 1:06-cr-00004-MR |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 21, 2021 Order.

June 21, 2021

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court